**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JASON M. TATUM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:17-CV-261 (MTT)** |
| | ) | |
| **MUNICIPAL CORPORATION OF BIBB** | ) | |
| **COUNTY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Pursuant to 28 U.S.C. § 1915A(a) and § 1915(e), United States Magistrate Judge

Charles H. Weigle has conducted a screening of Plaintiff Jason M. Tatum's complaint

and recommends that Tatum's claims be dismissed as barred by the statute of

limitations.  Doc. 19 at 1, 11.  Further, the Magistrate Judge recommends Tatum's

motions for protective order (Doc. 17) and waiver of sovereign immunity (Doc. 18) be

denied.  Doc. 19 at 1, 5, 11.  Tatum has not objected to the Recommendation.[1]  The

Court has reviewed the Recommendation and adopts the proposed findings,

conclusions, and recommendations of the Magistrate Judge.  Accordingly, the

Recommendation is **ADOPTED** and made the order of this Court.  Tatum's claims are

**DISMISSED** as barred by the applicable statute of limitations.  Also, Tatum's motion for

protective order (Doc. 17) and for waiver of sovereign immunity (Doc. 18) are **DENIED**.

---

[1] The Magistrate Judge's Report and Recommendation was returned to the Court as undeliverable, and
the Court was notified that Tatum had been released from incarceration on April 17, 2018.  Docs. 20; 21.
Tatum did not inform the Court of a change of address.

**SO ORDERED**, this 5th day of June, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT